# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136123(16)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                 SC: 136123
                                 COA: 279645

COREY COLLINS,
      Defendant-Appellant.
                                 Wayne CC: 98-006159

_____/

      On order of the Court, the motion for reconsideration of this Court's October 1, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

      KELLY, J., would grant reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2008

Clerk